ABRIL *v.* MORENO ET AL.

APPEAL from the District Court of Mayagüez.

No. 139.—Decided November 29, 1907.

APPEAL—JURISDICTION.—The question whether or not an appeal has been taken within the period allowed by law is a matter of jurisdiction, and therefore, an appeal having been taken after the expiration of the legal period, the consent or willingness of the respondent in no wise affects the matter, and the appeal must be dismissed.

The facts are stated in the opinion.
*Messrs. Sweet, Rossy and Campillo* for appellant.
*Mr. Méndez Vaz* for respondent.

MR. JUSTICE WOLF delivered the opinion of the court.

The judgment from which this appeal was taken was entered in the District Court of Mayagüez on the 25th day of February, 1907. The appeal was noted on the 3d of April, 1907, more than 30 days after the judgment.

The case was argued here on the 23d of October, 1907, and then it was maintained for the first time that the appeal was not taken in time. The appellant urges that in the preparation of the statement of the case as well as in other proceedings in the court below the appellee acquiesced in the delay. In other words that the default was of such a nature

that by his silence and acquiesence the appellee has waived his right to contest the jurisdiction of the court. There is some conflict of authority on this point in the different States; the New York practice seemingly leaning to the contention of appellant, but in the case of *Príncipe* v. *Hernández,* decided on the 26th of April, 1906, we held that whether an appeal was or was not taken in time involved a question of jurisdiction and that statutes fixing the time within which appeals should be taken must be strictly construed. And we cited and followed the rulings of the Supreme Court of the United States and of the Supreme Court of California.

We think the case of *Príncipe* v. *Hernández* is controlling in the appeal before us. The plain requirements of section 295 Code of Civil Procedure have not been complied with and the appeal must be dismissed.                    *Dismissed.*

Chief Justice Quiñones and Justices Hernández and Mac-Leary concurred.

Mr. Justice Figueras did not take part in the decision of this case.